<table>
<tr><td colspan="2">
<h1 style="text-align:center">Eviction Complaint and Affidavit</h1>
(Residential Tenant)
</td></tr>
<tr>
<td>

**Court:**

County Court, Douglas County, Colorado
4000 Justice Way
Castle Rock, CO 80109

</td>
<td>

DATE FILED: November 14, 2023 4:54 PM
FILING ID: CEE3133720D35
CASE NUMBER: 2023C34653

</td>
</tr>
<tr>
<td>

**Parties to the Case:**

Plaintiff: Jeremy McKinney

v.

Defendant: Ramses Fleyot

☑ And any and all other occupants.

</td>
<td>

*This box is for court use only.*

</td>
</tr>
<tr>
<td>

**Attorney for Plaintiff:**

Denise M. Haack, No. 38153

PARKER LAW GROUP, LLC

19590 E. Mainstreet, Suite 104

Parker, CO 80138

720-549-3606

denise@parkercolawgroup.com

</td>
<td>

**Case Details:**

Number: _____

Division: _____

Courtroom: _____

</td>
</tr>
</table>

## 1.    Background

Landlord, Jeremy McKinney, by and through his counsel, Denise Haack of Parker Law Group, LLC, hereby submits this complaint pursuant to C.R.S. § 13-40-110(a), and in support, states as follows:

> **Note to Tenants**
>
> 1)   Review the due dates on Page 1 of the Summons.
> 2)   Attend the "return date" meeting or file an Answer (Form 3 or JDF 103) by that date.
> 3)   Visit www.courts.state.co.us/Forms/Housing for forms and more information.

## 2.    Description of Premises

The Landlord is the owner of the following premises:

Street Address:     5923 Raleigh Circle

City:  Castle Rock                    County:  Douglas                    Zip:  80104

Subdivision:  Castlewood Ranch          Lot:      10        Block:      1

*See Attachment A.*

Does this property have a federally backed mortgage? *(FHA, VA, USDA, etc.)*   ☐ Yes.   ☑ No.

3.    **Lease**

The Tenants leased and occupied the premises on April 1, 2022, pursuant to a verbal lease. Monthly rent is $ ___3,000___, payable on the __1st__ day of the month.

Through this lease the Defendants took possession and occupied the premises.

4.    **Grounds for Eviction**

Landlord is evicting the tenants because the lease period has ended, and the Tenants have not moved out.

5.    **Damages**

The Tenants owe damages totaling in the amount of $ ___1,000.00___.

6.    **Prior Notice**

On ___October 8, 2023___, Landlord properly served the Notice to Quit. *See Attachment B.*

7.    **Military Service**

Upon information and belief, none of the Tenants are engaged in military service for the United States of America.

8.    **Jury Demand**

Landlord does not demand a trial by jury.

9.    **Facts regarding Mandatory Mediation**

Mandatory Mediation was not held, because the landlord does not have more than five rental units.

**Wherefore**, Plaintiff requests judgment for recovery of possession of the premises, for rent to become due, for present and future damages and costs, and for any other relief to which Plaintiffs is entitled.

Respectfully submitted this 14th day of November, 2023.

*/s/ Denise M. Haack*
Denise M. Haack, No. 38153
Parker Law Group
19590 E. Mainstreet, Suite 104
Parker, CO 80138
(720) 549-3606